# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ARNOLD RIVERA, KIMBERLY RIVERA, <br><br> Plaintiffs, <br><br> v. <br><br> JUDGE TIM WOMACK, <br><br> Defendant. | CIVIL ACTION NO. 6:18-CV-00130-RWS |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiffs Arnold and Kimberly Rivera ("Plaintiffs") initiated this action on March 19, 2018. Docket No. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Magistrate Judge reviewed the filings and ordered Plaintiffs to file an amended complaint, citing the lack of subject-matter jurisdiction based on the allegations in the original complaint. Docket No. 6. On March 26, 2018, Plaintiffs filed an amended complaint. Docket No. 7. The Magistrate Judge reviewed the amended complaint and issued a Report and Recommendation recommending that the complaint be dismissed because it also stated no basis for federal jurisdiction. Docket No. 13. The Report and Recommendation was sent to Plaintiffs at their address of record and returned as undeliverable. Docket No. 14. Plaintiffs have not updated their address with the Court. As a result, Plaintiffs have not filed any objections to the Report and Recommendation.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the complaint is

hereby **DISMISSED WITH PREJUDICE**. There is no subject-matter jurisdiction.

It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 30th day of April, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE